## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 2:22-0068-1 |
| VERSUS | : | JUDGE JAMES D. CAIN, JR. |
| RAYMOND FONTENOT | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

Before the court is a Report and Recommendation [doc. 23] of the Magistrate Judge, recommending that the defendant's guilty plea be accepted. After considering the official transcript [doc. 27] and noting the defendant's waiver of objections, the Court finds that the plea is correct under applicable law. Accordingly, **IT IS ORDERED, ADJUDGED,** and **DECREED** that the Report and Recommendation be **ADOPTED** and that the defendant be finally adjudged guilty of the offenses charged in Counts One, Two, and Three of the Indictment.

Sentencing is set for October 6, 2022, at 10:00 a.m., before the undersigned in Lake Charles, Louisiana.

**THUS DONE AND SIGNED** in Chambers on this 3rd day of August, 2022.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**