UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 2:22-0068-1** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **RAYMOND FONTENOT** | : | **MAGISTRATE JUDGE KAY** |

## AMENDED JUDGMENT

Before the court is a Report and Recommendation [doc. 23] of the Magistrate Judge, recommending that the defendant's guilty plea be accepted. After considering the official transcript [doc. 27] and noting the defendant's waiver of objections, the Court finds that the plea is correct under applicable law. Accordingly, **IT IS ORDERED, ADJUDGED,** and **DECREED** that the Report and Recommendation be **ADOPTED,** that the defendant be finally adjudged guilty of the offenses charged in Count One and that the Judgment [doc. 28] entered 8/3/2022 is hereby **VACATED.**

Sentencing is set for October 6, 2022, at 10:00 a.m., before the undersigned in Lake Charles, Louisiana.

**THUS DONE AND SIGNED** in Chambers this 8th day of August, 2022.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE